**No. 10-6425. Luis A. Rodriguez, Petitioner v. United States.**

562 U.S. 988, 131 S. Ct. 430, 178 L. Ed. 2d 335, 2010 U.S. LEXIS 8200.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 612 F.3d 1049.

**No. 10-6428. Donville James, Petitioner v. United States.**

562 U.S. 988, 131 S. Ct. 430, 178 L. Ed. 2d 335, 2010 U.S. LEXIS 8181.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-6433. Tonte Walker, Petitioner v. United States.**

562 U.S. 988, 131 S. Ct. 430, 178 L. Ed. 2d 335, 2010 U.S. LEXIS 8309.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-6434. Rajinder Singh Johal, Petitioner v. United States.**

562 U.S. 988, 131 S. Ct. 431, 178 L. Ed. 2d 335, 2010 U.S. LEXIS 8205.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 383 Fed. Appx. 670.

**No. 10-6435. Mikal Mustafa Mix, Petitioner v. United States.**

562 U.S. 988, 131 S. Ct. 431, 178 L. Ed. 2d 335, 2010 U.S. LEXIS 8320.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 387 Fed. Appx. 406.

**No. 10-6437. Anthony Daniel Smith, Petitioner v. United States.**

562 U.S. 988, 131 S. Ct. 431, 178 L. Ed. 2d 335, 2010 U.S. LEXIS 8292.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 383 Fed. Appx. 355.

**No. 10-6441. William Zamot-Santiago, Petitioner v. United States.**

562 U.S. 988, 131 S. Ct. 431, 178 L. Ed. 2d 335, 2010 U.S. LEXIS 8270.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 10-6445. Rodney Law, Petitioner v. United States.**

562 U.S. 988, 131 S. Ct. 431, 178 L. Ed. 2d 335, 2010 U.S. LEXIS 8267.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 384 Fed. Appx. 121.

**No. 10-6447. Ramon Ernesto Cruz-Paguada, aka Pedro Pablo Agurcia, Petitioner v. United States.**

562 U.S. 988, 131 S. Ct. 431, 178 L. Ed. 2d 335, 2010 U.S. LEXIS 8170.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 383 Fed. Appx. 852.